United States District Court
Middle District of Florida
Orlando Division

**ANGEL Z. PEREZ FIGUEROA,**

***Plaintiff,***

**v.** **NO. 6:26-cv-678-PDB**

**COMMISSIONER OF SOCIAL SECURITY,**

***Defendant.***

---

## Order

The Commissioner of Social Security moves to reverse the decision below and remand the case. Docs. 13, 14. Considering the absence of opposition and the authority described in the motion, the court:

1. **grants** the Commissioner's unopposed motion, Doc. 13, as amended, Doc. 14;
2. **reverses** the decision under sentence four of 42 U.S.C. § 405(g);
3. **remands** the case "for further proceedings … including offering [Perez Figueroa] the opportunity for a hearing"; and
4. **directs** the clerk to enter judgment for Angel Perez Figueroa and against the Commissioner of Social Security and close the file.

**Ordered** in Jacksonville, Florida, on September 23, 2026.

Patricia D. Barksdale
*United States Magistrate Judge*